**FILED**

March 21, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>v. )<br><br>HENRY LAM , )<br><br>Defendant. ) | Case No. 3:11-CR-00009-CMK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HENRY LAM</u>, Case No. <u>3:11-CR-00009-CMK</u>,

Charge <u>21 USC 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice

to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)      <u>With pretrial supervision and conditions of release as</u>

                <u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 21, 2011</u> at <u>9 : 15</u>    am .

By    <u>Dale A. Drozd</u>

Dale A. Drozd
United States Magistrate Judge