HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
HENRY LAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 11-148 MCE |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| HENRY LAM, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable MORRISON C. ENGLAND |

Defendant, HENRY LAM by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.       Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.       On November 14, 2012, this Court sentenced Mr. Lam to a term of 52 months imprisonment;

3.       His total offense level was 23, his criminal history category was I, and the resulting guideline range was 46 to 57 months;

4.     The sentencing range applicable to Mr. Lam was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Lam's total offense level has been reduced from 23 to 21, and his amended guideline range is 37 to 46 months; and,

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lam's term of imprisonment to a term of 41 months.

Respectfully submitted,

Dated:  January 6, 2015

Dated:   January 6, 2015

BENJAMIN B. WAGNER
United States Attorney

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Plaintiff
UNITED STATES OF AMERICA

Attorney for Defendant
HENRY LAM

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lam is entitled to the benefit of Amendment 782, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 37 to 46 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2012 is reduced to a term of 41 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1    Unless otherwise ordered, Mr. Lam shall report to the United States Probation Office

2 within seventy-two hours after his release.

3    IT IS SO ORDERED.

4

5 Dated:  January 15, 2015

6    _____

7    MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28